**1275  McLAUGHLIN (City Assessor) vs. LANGE (Cashier), No. 12819.**

To compel the filing with the county clerk of a true statement of the names of the owners of bank stock.

Denied June 8, 1892, with costs.

Respondent is the cashier of the bank in question.

The answer set forth that a statement had been filed with the county clerk, and that the statement so filed was correct as appeared by the bank books.


**1276  ATTORNEY GENERAL vs. BOARD OF SUPERVISORS (Sanilac), 71 M., 16.**

To compel respondents to obey Act No. 262, Laws of 1887, providing for reporting mortgages for assessment purposes.

Granted June 22, 1888.


**1277  BARNES (Drain Comr.) vs. SNITGEN (Township Clerk, Westphalia), No. 13093.**

To compel respondent to deliver to the supervisor of said township a certified statement of the amount of drain taxes to be assessed upon said township at large for the year 1892, for the construction of a certain drain, and also a certified statement of the descriptions assessed for benefits, and the amount to be assessed upon each description.

Granted October 12, 1892, without costs.

The clerk answered that the special assessment roll was not filed with him on or before the last Wednesday in September, and not until October 1st, the last day under the statute upon which he could make and deliver to the supervisor a certified statement of the amounts of the drain taxes to be assessed upon the township.   Laws of 1889, Chap. 6, Secs 2 and 3.

Relator insisted that the provision requiring the roll to be filed on or before the last Wednesday in September, was directory only. Cooley on Taxation (Ed. 1876), pages 212-213; Smith vs. Crittenden, 16 M., 152.